UNITED STATES DISTRICT COURT
EASTER DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANETTE CORE, as administrator
of the Estate of Steven M. Core,
deceased,

    Plaintiff,

-vs-

AMERICAN STEAMSHIP COMPANY
and LIBERTY STEAMSHIP COMPANY

    Defendants.

                                             /

Case No. 08-11524
Hon. Avern Cohn

# MEMORANDUM AND ORDER DENYING
# MOTION TO TRANSFER VENUE WITHOUT PREJUDICE

For the reasons stated on the record at the hearing of July 30, 2008, American Steamship Company's Motion to Transfer Venue is DENIED without prejudice to its right to renew the motion following completion of the Joint Pretrial Statement.

SO ORDERED.

Dated: July 30, 2008

        s/Avern Cohn
        AVERN COHN
        UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, July 30, 2008, by electronic and/or ordinary mail.

        s/Julie Owens
        Case Manager, (313) 234-5160

1